**FILED**

APR 0 4 2017

Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARLENE C. EHAUST,<br><br>Defendant. | PO-17-5062-M-JCL<br>CVB Violation No:<br>FABB005T<br><br>ORDER ACCEPTING<br>PLEA AGREEMENT |

Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated March 1, 2017, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $180.00 to $90.00, and Defendant has agreed to forfeit that amount. Defendant requests that she be permitted to make monthly installment payments on the amount due.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $90.00, and shall do so by making payments at the rate of $45.00 per month. Defendant shall make her payments on or before the 21st of each month beginning on April 21, 2017, and continuing thereafter until the $90.00 collateral due is paid in full. Her final $45.00 payment will be due on or before May 21, 2017.

Defendant is directed to send her payments to the following:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure the payments are credited to the proper violation notice, Defendant's payments shall reference the violation notice number listed above.

Alternatively, Defendant may make her payments through the website at www.cvb.uscourts.gov.

This matter will remain open pending the Court's receipt of notification from the Central Violations Bureau stating that Defendant has made all her payments. Once the final payment has been received this matter will be closed.

The Clerk of Court is directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549, to the U.S. Attorney's office, and to the Defendant.

CVB is directed to enter **FC** as the disposition code upon its receipt of the $90.00 from Defendant.

Defendant is advised that if she fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 4th day of April, 2017.

_____
Jeremiah C. Lynch
United States Magistrate Judge

c:   USA
     Def
     CVB

ORDER ACCEPTING PLEA AGREEMENT - Page 2